**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **CONCORD AUTO BODY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14-CV-01857-JAR |
| | ) | |
| **STATE FARM MUTUAL AUTOMOBILE** | ) | |
| **INSURANCE COMPANY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants Allstate Fire and Casualty Insurance Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Esurance Property and Casualty Insurance Company (collectively "the Allstate Defendants") and Plaintiff Concord Auto Body, Inc.'s Stipulated Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. 5). The Allstate Defendants and Plaintiff request an order granting a stay pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") as to whether to transfer this Action to *In re Auto Body Shop Antitrust Litig.*, MDL No. 2557, that is currently pending before Judge Gregory A. Presnell in the Middle District of Florida. In support of their motion, the Allstate Defendants and Plaintiff argue that this action should be stayed in the interest of preserving judicial economy and efficiency because the JPML has issued a Conditional Transfer Order that includes this action. Further, the Allstate Defendants indicate that they have obtained the consent of many of the other Defendants (*See* Doc. 5 at 1 n.1). Defendants Farm Bureau Town & Country Insurance Company of Missouri and Safe Auto Insurance Company submitted oppositions to the conditional transfer order in the

MDL case (Docs. 262, 266 in MDL No. 2557). Notably neither of these Defendants consented to the Motion to Stay. However, as of today's date there have not been any responses in opposition to the Motion to Stay.

Accordingly,

**IT IS HEREBY ORDERED** that the Stipulated Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. 5) is **GRANTED.** The above-captioned action is **STAYED** pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

**IT IS FURTHER ORDERED** that the Allstate Defendants' Motion for Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint (Doc. 40) is **DENIED as moot.**

Dated this 2nd day of December, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE