UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CONCORD AUTO BODY INC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 6:15-cv-6022 |
| STATE FARM MUTUAL AUTOMOBILE, ) | |
| INSURANCE CO., et al ) | |
| Defendants ) | |
| ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Concord Auto Body, Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order granting Defendants' various motions to dismiss entered in this action on August 17, 2015.


Date: September 16, 2015           /s/  Allison P. Fry
                                   Allison P. Fry
                                   John Arthur Eaves, Jr.

                                   Attorneys for the Plaintiff

                                   John Arthur Eaves,
                                   Attorneys at Law
                                   101 N. State Street
                                   Jackson, MS 39201
                                   Telephone:    601.355.7961
                                   allison@eaveslaw.com
                                   johnjr@eaveslaw.com