# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Sheryl L. Loesch                                                                    Sara Boswell
Clerk                                                                      Orlando Division Manager

---

**DATE:**          September 17, 2015

**TO:**            Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

**CONCORD AUTO BODY, INC,**

       **Plaintiff,**

v.                                                    **Case No:  6:15-cv-6022-Orl-31TBS**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, STATE FARM FIRE
& CASUALTY COMPANY, AMERICAN
FAMILY MUTUAL INSURANCE COMPANY,
SHELTER MUTUAL INSURANCE COMPANY,
FARMERS INSURANCE COMPANY,
AUTOMOBILE CLUB INTER-INSURANCE
EXCHANGE, SAFECO INSURANCE COMPANY
OF ILLINOIS, GEICO CASUALTY COMPANY,
GEICO GENERAL INSURANCE COMPANY,
GEICO INDEMNITY COMPANY,
GOVERNMENT EMPLOYEE'S INSURANCE
COMPANY, PROGRESSIVE CASUALTY
INSURANCE COMPANY, PROGRESSIVE
ADVANCED INSURANCE COMPANY,
PROGRESSIVE PREFERRED INSURANCE
COMPANY, PROGRESSIVE DIRECT
INSURANCE COMPANY, PROGRESSIVE
NORTHWESTERN INSURANCE COMPANY,
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY, ALLSTATE
INSURANCE COMPANY, ALLSTATE
PROPERTY & CASUALTY INSURANCE
COMPANY, ESURANCE PROPERTY &
CASUALTY INSURANCE COMPANY, FARM
BUREAU TOWN & COUNTRY INSURANCE
COMPANY OF MISSOURI, ALLIED
PROPERTY & CASUALTY INSURANCE
COMPANY, UNITED SERVICES AUTOMOBILE
ASSOCIATION, USAA CASUALTY
INSURANCE COMPANY, USAA GENERAL**

**INDEMNITY COMPANY, AMERICAN
STANDARD INSURANCE COMPANY OF
WISCONSIN, THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY, LIBERTY
MUTUAL FIRE INSURANCE COMPANY, LM
GENERAL INSURANCE COMPANY,
NATIONWIDE AFFINITY INSURANCE
COMPANY OF AMERICA, NATIONWIDE
INSURANCE COMPANY OF AMERICA,
CORNERSTONE NATIONAL INSURANCE
COMPANY and SAFE AUTO INSURANCE
COMPANY,**

**Defendants.**

_____

**U.S.C.A. Case No.:**

- Honorable Gregory A. Presnell, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

SHERYL L. LOESCH, CLERK

By:     s/M. Lebedda, Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| CONCORD AUTO BODY INC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 6:15-cv-6022 |
| STATE FARM MUTUAL AUTOMOBILE, | ) | |
| INSURANCE CO., et al | ) | |
| Defendants | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Concord Auto Body, Inc., Plaintiff in the above named case,

hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order

granting Defendants' various motions to dismiss entered in this action on August 17, 2015.

Date: September 16, 2015        /s/  Allison P. Fry
Allison P. Fry
John Arthur Eaves, Jr.

Attorneys for the Plaintiff

John Arthur Eaves,
Attorneys at Law
101 N. State Street
Jackson, MS 39201
Telephone:     601.355.7961
allison@eaveslaw.com
johnjr@eaveslaw.com

APPEAL, INTAPP, MDLMEM

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:15-cv-06022-GAP-TBS

| | |
|---|---|
| Concord Auto Body, Inc v. State Farm Mutual Automobile Insurance Company et al | Date Filed: 02/09/2015 |
| Assigned to: Judge Gregory A. Presnell | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Thomas B. Smith | Nature of Suit: 410 Anti-Trust |
| Lead case: 6:14-md-02557-GAP-TBS | Jurisdiction: Federal Question |
| Member case: (View Member Case) | |
| Case in other court:  Missouri Eastern, 4:14-cv-01857 | |
| Cause: 15:0001 Antitrust Litigation | |

**Plaintiff**

| | | |
|---|---|---|
| **Concord Auto Body, Inc** | represented by | **Allison P. Fry** |
| | | John Arthur Eaves, Attorneys at Law |
| | | 101 N. State St. |
| | | Jackson, MS 39201-2811 |
| | | 601/355-7961 |
| | | Fax: 601/355-0530 |
| | | Email: allison@eaveslaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Tonna K. Farrar** |
| | | BONNETT AND FAIRBOURN, PC |
| | | 2325 E. Camelback Road |
| | | Suite 300 |
| | | Phoenix, AZ 85016 |
| | | 602-274-1100 |
| | | Fax: 602-274-1199 |
| | | Email: tfarrar@bffb.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **State Farm Mutual Automobile Insurance Company** | represented by | **Daniel E. Wilke** |
| | | WILKE AND WILKE, P.C. |
| | | 2708 Olive Street |
| | | St. Louis, MO 63103-1426 |
| | | 314-371-0800 |

Fax: 314-371-0900
Email: dwilke@wilkewilke.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
Ste 2900
200 S Orange Ave
Orlando, FL 32801
407/422-6600
Fax: 407/841-0325
Email: hlitchford@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johanna W. Clark**
Carlton Fields Jorden Burt, PA
Ste 500
450 S. Orange Ave.
Orlando, FL 32801
407/849-0300
Fax: 407/648-9099
Email: jclark@cfjblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Kenny**
Alston & Bird, LLP
Suite 4200
1201 W Peachtree St
Atlanta, GA 30309-3424
404/881-7179
Fax: 404/253-8682
Email: mike.kenny@alston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. McCluggage**
Eimer Stahl LLP
Suite 1100
224 S Michigan Avenue
Chicago, IL 60604
312/660-7665
Email: mmccluggage@eimerstahl.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**State Farm Fire & Casualty Company**          represented by   **Daniel E. Wilke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johanna W. Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Kenny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. McCluggage**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Family Mutual Insurance Company**          represented by   **Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather Carson Perkins**
Faegre Baker Daniels, LLP
Suite 3200
1700 Lincoln St
Denver, CO 80203-4532
303/607-3703
Fax: 303/607-3600
Email: heather.perkins@faegrebd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathy Lynn Osborn**
Faegre Baker Daniels, LLP

Ste 2700
300 N Meridian St
Indianapolis, IN 46204
317/237-8261
Fax: 317/237-1000
Email: kathy.osborn@faegrebd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Sean McCarthy**
Faegre Baker Daniels, LLP
Suite 3200
1700 Lincoln St
Denver, CO 80203-4532
303/607-3670
Fax: 303/607-3600
Email: michael.mccarthy@faegrebd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Hurley**
Faegre Baker Daniels, LLP
Ste 2700
300 N Meridian St
Indianapolis, IN 46204
317/237-1144
Fax: 317/237-1000
Email: ryan.hurley@faegrebd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Jenkins**
Faegre Baker Daniels, LLP
Ste 2700
300 N Meridian St
Indianapolis, IN 46204
317/237-0300
Fax: 317/237-1000
Email: sarah.jenkins@faegrebd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Shelter Mutual Insurance Company**          represented by   **Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bradley Best**
Holcomb Dunbar Watts Best Masters &
Golmon, PA
Ste A
400 S. Lamar Blvd.
PO Box 707
Oxford, MS 38655-0707
662/234-8775
Fax: 662/238-7552
Email: bradbest@holcombdunbar.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Farmers Insurance Company**          represented by   **David L. Yohai**
Weil, Gotshal & Manges, LLP
767 Fifth Ave
New York, NY 10153
212/310-8275
Email: david.yohai@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Hochstadt**
Weil, Gotshal & Manges, LLP
767 Fifth Ave
New York, NY 10153
212/833-379
Fax: 212-310-8007
Email: eric.hochstadt@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Mastando , III**
Weil, Gotshal & Manges, LLP
767 Fifth Ave
New York, NY 10153
(212)310-8000
Email: john.mastando@weil.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Automobile Club Inter-Insurance Exchange**

represented by **Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Safeco Insurance Company of Illinois**

represented by **Ernest E. Vargo**
Baker & Hostetler, LLP
Ste 3200 PNC Center
1900 E 9th St
Cleveland, OH 44114-3482
216/861-7349
Email: evargo@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Mumford**
Baker & Hostetler, LLP
3200 National City Center
1900 E 9th St
Cleveland, OH 44114-3485
216/861-7578
Fax: 216/696-0740
Email: mmumford@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Geico Casualty Company**

represented by **Dan W. Goldfine**
Lewis Roca Rothgerber, LLP
201 E Washington St Ste 1200
Phoenix, AZ 85015
602/382-6282
Fax: 602/382-6070
Email: dgoldfine@lrrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie L. Halavais**
Lewis Roca Rothgerber, LLP
201 E Washington St Ste 1200
Phoenix, AZ 85015
602/262-5767
Fax: 602/262-5747
Email: jhalavais@lrrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Grabel**
Lewis Roca Rothgerber, LLP
201 E Washington St Ste 1200
Phoenix, AZ 85015
602/262-5759
Email: jgrabel@lrrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Matthew Fischer**
Lewis Roca Rothgerber, LLP
201 E Washington St Ste 1200
Phoenix, AZ 85015
602/262-5311
Fax: 602/2625747
Email: ifischer@lrrlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GEICO General Insurance Company**        represented by **Dan W. Goldfine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie L. Halavais**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Grabel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Matthew Fischer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Geico Indemnity Company**                represented by   **Dan W. Goldfine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie L. Halavais**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Grabel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Matthew Fischer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Government Employee's Insurance**        represented by   **Dan W. Goldfine**
**Company**                                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie L. Halavais**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Grabel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Matthew Fischer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Progressive Casualty Insurance**          represented by   **Christine A. Hopkinson**
**Company**                                                  King & Spalding, LLP
                                                             1180 Peachtree St NE
                                                             Atlanta, GA 30309-3521
                                                             404/572-3560
                                                             Fax: 404/572-5139
                                                             Email: chopkinson@kslaw.com
                                                             *TERMINATED: 06/26/2015*
                                                             *LEAD ATTORNEY*

                                                             **Claire Carothers Oates**
                                                             King & Spalding, LLP
                                                             1180 Peachtree St NE
                                                             Atlanta, GA 30309-3521
                                                             404/572-4750
                                                             Fax: 404/572-5138
                                                             Email: coates@kslaw.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Francis X. Nolan**
                                                             Sutherland, Asbill & Brennan, LLP
                                                             1114 Avenue of the Americas Fl 40
                                                             New York, NY 10036-7703
                                                             212/389-5000
                                                             Fax: 212/389-5099
                                                             Email: Frank.Nolan@sutherland.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Hal K. Litchford**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Cashdan**
King & Spalding, LLP
1180 Peachtree St NE
Atlanta, GA 30309-3521
404/572-4818
Fax: 404/572-5141
Email: jcashdan@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kymberly Kochis**
Sutherland, Asbill & Brennan, LLP
1114 Avenue of the Americas Fl 40
New York, NY 10036-7703
212/389-5000
Fax: 212/389-5099
Email: Kymberly.Kochis@sutherland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Nelson**
Sutherland, Asbill & Brennan, LLP
1114 Avenue of the Americas Fl 40
New York, NY 10036-7703
212/389-5000
Fax: 212/389-5099
Email: Michael.Nelson@sutherland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Progressive Advanced Insurance Company** | represented by | **Christine A. Hopkinson** |

(See above for address)
*TERMINATED: 06/26/2015*
*LEAD ATTORNEY*

**Claire Carothers Oates**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis X. Nolan**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Cashdan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kymberly Kochis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Progressive Preferred Insurance Company**             represented by **Christine A. Hopkinson**
(See above for address)
*TERMINATED: 06/26/2015*
*LEAD ATTORNEY*

**Claire Carothers Oates**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis X. Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Cashdan**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kymberly Kochis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Progressive Direct Insurance Company**     represented by   **Christine A. Hopkinson**
(See above for address)
*TERMINATED: 06/26/2015*
*LEAD ATTORNEY*

**Claire Carothers Oates**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis X. Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Cashdan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kymberly Kochis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Progressive Northwestern Insurance Company**                represented by    **Christine A. Hopkinson**
(See above for address)
*TERMINATED: 06/26/2015*
*LEAD ATTORNEY*

**Claire Carothers Oates**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis X. Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Cashdan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kymberly Kochis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allstate Fire and Casualty Insurance Company**              represented by    **Deborah C. Druley**
DENTONS US LLP - ST. LOUIS
One Metropolitan Square
Suite 3000

St. Louis, MO 63102
314-241-1800
Fax: 314-259-5959
Email: deborah.druley@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori J. Caldwell**
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave - Ste 1400
PO Box 1873
Orlando, FL 32802-1873
407/839-4511
Fax: 407/835-2011
Email: lcaldwell@rumberger.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark L. Hanover**
Dentons US LLP
Suite 7800
233 S Wacker Dr
Chicago, IL 60606
312/876-8000
Fax: 312/876-7934
Email: mark.hanover@dentons.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard L. Fenton**
Dentons US LLP
233 S Wacker Dr Ste 5900
Chicago, IL 60606-6361
312/876-8000
Fax: 312/876-7934
Email: richard.fenton@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allstate Insurance Company**                represented by    **Deborah C. Druley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori J. Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark L. Hanover**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard L. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allstate Property & Casualty Insurance Company**    represented by    **Deborah C. Druley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori J. Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark L. Hanover**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Richard L. Fenton
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Esurance Property & Casualty**          represented by   **Deborah C. Druley**
**Insurance Company**                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori J. Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark L. Hanover**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard L. Fenton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Farm Bureau Town & Country**          represented by   **Hal K. Litchford**
**Insurance Company of Missouri**                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Howard Schwartz**
Brown & James, PC
800 Market Street, 11th Floor
St. Louis, MS 63101-2501
314/421-3400
Fax: 314/421-3128
Email: sschwartz@bjpc.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Katherine Baber Fezzi**
Brown & James, PC
800 Market Street, 11th Floor
St. Louis, MS 63101-2501
314/242-5299
Email: kfezzi@bjpc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Allied Property & Casualty Insurance Company** | represented by | **David John Barthel** |

Carpenter Lipps & Leland LLP
Ste 1300
280 N High St
Columbus, OH 43215
614/365-4126
Fax: 614/365-9145
Email: barthel@carpenterlipps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Botti**
Squire Patton Boggs (US) LLP
Suite 300
1200 19th Street NW
Washington, DC 20036-2434
202/626-6292
Fax: 202/626-6780
Email: mark.botti@squirepb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Beekhuizen**
Carpenter Lipps & Leland LLP
Ste 1300
280 N High St
Columbus, OH 43215
614/365-4100
Fax: 614/365-9145
Email: beekhuizen@carpenterlipps.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael Carpenter**
Carpenter Lipps & Leland LLP
Ste 1300
280 N High St
Columbus, OH 43215
614/365-4100
Fax: 614/365-9145
Email: carpenter@carpenterlipps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter T. Snow**
Carpenter Lipps & Leland LLP
Ste 1300
280 N High St
Columbus, OH 43215
614/365-4117
Fax: 614-365-9145
Email: snow@carpenterlipps.com
*TERMINATED: 04/23/2015*

**Defendant**

**United Services Automobile Association** represented by **Amelia W. Koch**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
Suite 3600
201 St Charles Ave
New Orleans, LA 70170
504/566-5200
Fax: 504/636-4000
Email: akoch@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle A. Diamantas**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
Ste 2900
200 S Orange Ave
Orlando, FL 32801

407/422-6600
Fax: 407/841-0325
Email: kdiamantas@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven F. Griffith , Jr.**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
Suite 3600
201 St Charles Ave
New Orleans, LA 70170
504/566-5200
Fax: 504/636-4000
Email: sgriffith@bakerdonelson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**USAA Casualty Insurance Company**                represented by **Amelia W. Koch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle A. Diamantas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven F. Griffith , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**USAA General Indemnity Company**                represented by **Amelia W. Koch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle A. Diamantas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven F. Griffith , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Standard Insurance**         represented by   **Hal K. Litchford**
**Company of Wisconsin**                                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Heather Carson Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathy Lynn Osborn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Sean McCarthy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Hurley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Jenkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **The Travelers Home and Marine Insurance Company** | represented by | **Hal K. Litchford** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Besvinick**
Stroock & Stroock & Lavan, LLP
Suite 3100
200 S Biscayne Blvd
Miami, FL 33131-5323
305/358-9900
Fax: 305/459-6550
Email: lbesvinick@stroock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman K. Beck**
Winston & Strawn, LLP
35 W Wacker Dr, Suite 4200
Chicago, IL 60601
321/558-7422
Fax: 321/558-5700
Email: nbeck@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Rooney**
Winston & Strawn, LLP
35 W Wacker Dr, Suite 4200
Chicago, IL 60601
312/558-5972
Fax: 312-558-5700
Email: trooney@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Liberty Mutual Fire Insurance Company** | represented by | **Ernest E. Vargo** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michael E. Mumford
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LM General Insurance Company**          represented by   Ernest E. Vargo
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Hal K. Litchford
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michael E. Mumford
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nationwide Affinity Insurance**          represented by   David John Barthel
**Company Of America**                                                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Hal K. Litchford
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Mark J. Botti
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michael Beekhuizen
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michael Carpenter
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Peter T. Snow
(See above for address)
*TERMINATED: 04/23/2015*

**Defendant**

**Nationwide Insurance Company of America**    represented by   **David John Barthel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Botti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Beekhuizen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter T. Snow**
(See above for address)
*TERMINATED: 04/23/2015*

**Defendant**

**Cornerstone National Insurance Company**    represented by   **Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Safe Auto Insurance Company**    represented by   **Hal K. Litchford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Steinmetz**
Gwin Steinmetz & Baird PLLC
401 W. Main Street
One Riverfront Plaza, Suite 1000
Louisville, KY 40202
502-618-5711
Fax: 502-618-5701
Email: rsteinmetz@gsblegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2014 | 1 | COMPLAINT against defendant All Defendants with receipt number 0865-4568950, in the amount of $400 Jury Demand,, filed by Concord Auto Body, Inc. (Attachments: # 1 Exhibit 1-Market Share Report, # 2 Exhibit 2-State Farm Dashboard, # 3 Exhibit 3-Unpaid Procedures, # 4 Exhibit 4-Consent Decree, # 5 Civil Cover Sheet, # 6 Summons Allied Prop & Cas., # 7 Summons Allstate Fire & Cas, # 8 Summons Allstate Ins Co, # 9 Summons Allstate Prop & Cas., # 10 Summons American Standard, # 11 Summons AmFam Mutual, # 12 Summons Automobile Club, # 13 Summons Cornerstone National, # 14 Summons Esurance, # 15 Summons Farm Bureau, # 16 Summons Farmers Ins Co, # 17 Summons GEICO Casualty, # 18 Summons GEICO Gen Ins Co, # 19 Summons GEICO Indemnity, # 20 Summons Government Employees, # 21 Summons Liberty Mutual Fire, # 22 Summons Lm General, # 23 Summons Nationwide Affinity, # 24 Summons Nationwide Insurance, # 25 Summons Progressive Advanced, # 26 Summons Progressive Casualty, # 27 Summons Progressive Direct, # 28 Summons Progressive Northwestern, # 29 Summons Progressive Preferred, # 30 Summons Safe Auto, # 31 Summons SAFECO, # 32 Summons Shelter Mutual, # 33 Summons State Farm Fire & Cas., # 34 Summons State Farm Mutual, # 35 Summons Travelers Home & Marine, # 36 Summons United Svcs Auto, # 37 Summons USAA Casualty, # 38 Summons USAA Gen Indemnity)(Farrar, Tonna) (Additional attachment(s) added on 11/4/2014: # 39 Original Filing Form) (BAK). [Transferred from moed on 2/9/2015.] (Entered: 11/03/2014) |
| 11/04/2014 | 2 | NOTICE OF PROCESS SERVER by Plaintiff Concord Auto Body, Inc Process Server: HPS Process & Investigations (BAK) [Transferred from moed on 2/9/2015.] (Entered: 11/04/2014) |
| 11/06/2014 | 3 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE by Plaintiff Concord Auto Body, Inc. Parent companies: NA, Subsidiaries: NA, Publicly held company: NA,. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/06/2014) |
| 11/19/2014 | 21 | Summons Returned Unexecuted by Concord Auto Body, Inc as to State Farm Mutual Automobile Insurance Company. (LGK) [Transferred from moed on 2/9/2015.] (Entered: 11/21/2014) |

| 11/19/2014 | 22 | Summons Returned Unexecuted by Concord Auto Body, Inc as to Cornerstone National Insurance Company. (LGK) [Transferred from moed on 2/9/2015.] (Entered: 11/21/2014) |
| --- | --- | --- |
| 11/19/2014 | 23 | Summons Returned Unexecuted by Concord Auto Body, Inc as to Farm Bureau Town & Country Insurance Company of Missouri. (LGK) [Transferred from moed on 2/9/2015.] (Entered: 11/21/2014) |
| 11/19/2014 | 24 | Summons Returned Unexecuted by Concord Auto Body, Inc as to Shelter Mutual Insurance Company. (LGK) [Transferred from moed on 2/9/2015.] (Entered: 11/21/2014) |
| 11/20/2014 | 4 | ENTRY of Appearance by Deborah C. Druley for Defendants Allstate Fire and Casualty Insurance Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Property & Casualty Insurance Company. (Druley, Deborah) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 5 | MOTION to Stay *(Stipulated Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation)* by Defendants Allstate Fire and Casualty Insurance Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Property & Casualty Insurance Company. (Druley, Deborah) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 6 | MEMORANDUM in Support of Motion re 5 MOTION to Stay *(Stipulated Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation)* filed by Defendants Allstate Fire and Casualty Insurance Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Property & Casualty Insurance Company. (Druley, Deborah) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 7 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Esurance Property & Casualty Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 8 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Allstate Property and Casualty Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 9 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Allstate Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 10 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Allstate Fire and Casualty Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 11 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Nationwide Affinity Insurance Company of America served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 12 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Nationwide Insurance Company of America served on 11/12/2014, answer due 12/3/2014. (Farrar, |

| | | |
|---|---|---|
| | | Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 13 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Farmers Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 14 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. American Standard Insurance Company of Wisconsin served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 15 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. American Family Mutual Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 16 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Allied Property & Casualty Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 17 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. USAA Casualty Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 18 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. USAA General Indemnity Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 19 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. United Services Automobile Association served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/20/2014 | 20 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. The Travelers Home and Marine Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/20/2014) |
| 11/24/2014 | 25 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Geico Casualty Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 26 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Geico General Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 27 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Geico Indemnity Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 28 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Government Employees Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 29 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Liberty Mutual Fire Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |

| | | |
|---|---|---|
| 11/24/2014 | 30 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Lm General Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 31 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Progressive Advanced Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 32 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Progressive Casualty Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 33 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Progressive Direct Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 34 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Progressive Northwestern Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 35 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Progressive Preferred Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 36 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Safe Auto Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 37 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. Safeco Insurance Company of Illinois served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 38 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. State Farm Fire & Casualty Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/24/2014 | 39 | SUMMONS Returned Executed filed by Concord Auto Body, Inc. State Farm Mutual Automobile Insurance Company served on 11/12/2014, answer due 12/3/2014. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 11/24/2014) |
| 11/28/2014 | 40 | Consent MOTION for Extension of Time to File Answer by Defendants Allstate Fire and Casualty Insurance Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Esurance Property & Casualty Insurance Company. (Druley, Deborah) [Transferred from moed on 2/9/2015.] (Entered: 11/28/2014) |
| 12/01/2014 | 41 | ENTRY of Appearance by Daniel E. Wilke for Defendants State Farm Fire & Casualty Company, State Farm Mutual Automobile Insurance Company. (Wilke, Daniel) [Transferred from moed on 2/9/2015.] (Entered: 12/01/2014) |
| 12/02/2014 | 42 | MEMORANDUM AND ORDER: IT IS HEREBY ORDERED that the Stipulated Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. 5 ) is GRANTED. The above-captioned action is |

| | | |
|---|---|---|
| | | STAYED pending a transfer decision by the Judicial Panel on Multidistrict Litigation. IT IS FURTHER ORDERED that the Allstate Defendants Motion for Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint (Doc. 40 ) is DENIED as moot. Signed by District Judge John A. Ross on 12/2/14. (ARL) [Transferred from moed on 2/9/2015.] (Entered: 12/02/2014) |
| 12/09/2014 | 43 | ENTRY of Appearance by Steven H. Schwartz for Defendant Farm Bureau Town & Country Insurance Company of Missouri. (Schwartz, Steven) [Transferred from moed on 2/9/2015.] (Entered: 12/09/2014) |
| 12/11/2014 | 44 | ENTRY of Appearance by Katherine Baber Fezzi for Defendant Farm Bureau Town & Country Insurance Company of Missouri. (Fezzi, Katherine) [Transferred from moed on 2/9/2015.] (Entered: 12/11/2014) |
| 12/12/2014 | 45 | WAIVER OF SERVICE Returned Executed filed by Concord Auto Body, Inc Farm Bureau Town & Country Insurance Company of Missouri waiver signed on 12/8/2014, answer due 2/6/2015. (Farrar, Tonna) [Transferred from moed on 2/9/2015.] (Entered: 12/12/2014) |
| 02/06/2015 | 46 | TRANSFER ORDER regarding multidistrict litigation by Clerk of the Panel; (DJO) [Transferred from moed on 2/9/2015.] (Entered: 02/06/2015) |
| 02/06/2015 | 47 | ORDER OF MDL TRANSFER to: Middle District of Florida; Case Transferred via CM/ECF Extraction; (DJO) [Transferred from moed on 2/9/2015.] (Entered: 02/06/2015) |
| 02/06/2015 | 51 | MULTIDISTRICT LITIGATION member case. Master MDL case number: MDL 2557. Receipt of original record from the District of Eastern District of Missouri, case number: 4:14-1857. Assigned MDFL case number: 6:15-cv-6022-Orl-31TBS. Copies mailed. (LAM) (Entered: 02/12/2015) |
| 02/09/2015 | 48 | Case transferred in from District of Missouri Eastern; Case Number 4:14-cv-01857. File received electronically (Entered: 02/09/2015) |
| 02/11/2015 | 49 | NOTICE of Appearance by Robert Bradley Best on behalf of Shelter Mutual Insurance Company (Best, Robert) (Entered: 02/11/2015) |
| 02/11/2015 | 50 | CERTIFICATE of interested persons and corporate disclosure statement by Shelter Mutual Insurance Company. (Best, Robert) (Entered: 02/11/2015) |
| 02/13/2015 | 52 | NOTICE of Appearance by Michael Sean McCarthy on behalf of American Family Mutual Insurance Company, American Standard Insurance Company of Wisconsin (McCarthy, Michael) (Entered: 02/13/2015) |
| 02/13/2015 | 53 | NOTICE of Appearance by Sarah Jenkins on behalf of American Family Mutual Insurance Company, American Standard Insurance Company of Wisconsin (Jenkins, Sarah) (Entered: 02/13/2015) |
| 02/13/2015 | 54 | NOTICE of Appearance by Kathy Lynn Osborn on behalf of American Family Mutual Insurance Company, American Standard Insurance Company of Wisconsin (Osborn, Kathy) (Entered: 02/13/2015) |

| 02/13/2015 | 55 | NOTICE of Appearance by Heather Carson Perkins on behalf of American Family Mutual Insurance Company, American Standard Insurance Company of Wisconsin (Perkins, Heather) (Entered: 02/13/2015) |
|---|---|---|
| 02/13/2015 | 56 | NOTICE of Appearance by Ryan Michael Hurley on behalf of American Family Mutual Insurance Company, American Standard Insurance Company of Wisconsin (Hurley, Ryan) (Entered: 02/13/2015) |
| 02/13/2015 | 57 | CERTIFICATE of interested persons and corporate disclosure statement re 47 Order, 46 Order by American Standard Insurance Company of Wisconsin. (Jenkins, Sarah) (Entered: 02/13/2015) |
| 02/17/2015 | 58 | NOTICE of Appearance by Michael Carpenter on behalf of Allied Property & Casualty Insurance Company, Nationwide Affinity Insurance Company Of America, Nationwide Insurance Company of America (Carpenter, Michael) (Entered: 02/17/2015) |
| 02/17/2015 | 59 | NOTICE of *Appearance of Dan W. Goldfine, Joshua Grabel, Ian Fischer, Jamie Halavais* Appearance by Ian Matthew Fischer on behalf of GEICO General Insurance Company, Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company (Fischer, Ian) (Entered: 02/17/2015) |
| 02/17/2015 | 60 | CERTIFICATE of interested persons and corporate disclosure statement re 47 Order by GEICO General Insurance Company, Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company. (Fischer, Ian) (Entered: 02/17/2015) |
| 02/19/2015 | 61 | MOTION to Dismiss Complaint by GEICO General Insurance Company, Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company. (Goldfine, Dan) (Entered: 02/19/2015) |
| 02/20/2015 | 62 | Joint MOTION to Dismiss Complaint Pursuant to Federal Rules of Civil Procedure 8, 9(b) and 12(b)(6) *and Memorandum in Support* by Allied Property & Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Insurance Company, Allstate Property & Casualty Insurance Company, American Family Mutual Insurance Company, American Standard Insurance Company of Wisconsin, Esurance Property & Casualty Insurance Company, Farm Bureau Town & Country Insurance Company of Missouri, Farmers Insurance Company, LM General Insurance Company, Liberty Mutual Fire Insurance Company, Nationwide Affinity Insurance Company Of America, Nationwide Insurance Company of America, Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Direct Insurance Company, Progressive Northwestern Insurance Company, Progressive Preferred Insurance Company, Safe Auto Insurance Company, Safeco Insurance Company of Illinois, Shelter Mutual Insurance Company, State Farm Fire & Casualty Company, State Farm Mutual Automobile Insurance Company, The Travelers Home and Marine Insurance Company, USAA Casualty Insurance Company, USAA General Indemnity Company, United Services Automobile Association. (Caldwell, Lori) (Entered: 02/20/2015) |
| 03/06/2015 | 63 | ORDER granting (153) Motion for Extension of Time to File Response/Reply in case 6:14-md-02557-GAP-TBS. Signed by Magistrate Judge Thomas B. Smith on 3/6/2015. (SMW) (Entered: 03/06/2015) |

| 03/09/2015 | | Set deadlines as to 62 Joint MOTION to Dismiss Complaint Pursuant to Federal Rules of Civil Procedure 8, 9(b) and 12(b)(6) and Memorandum in Support, 61 MOTION to Dismiss Complaint. Responses due by 3/13/2015 by Plaintiffs. (IGC) (Entered: 03/09/2015) |
| 03/14/2015 | 64 | Omnibus RESPONSE in Opposition re 61 MOTION to Dismiss Complaint and 62 Joint MOTION to Dismiss Complaint filed by Concord Auto Body, Inc. (Attachments: # 1 Exhibit: Ultimate Collision v. State Farm)(Fry, Allison) Modified on 3/16/2015 (JET). (Entered: 03/14/2015) |
| 03/23/2015 | 65 | REPLY to 64 Response to Motion re 62 Joint MOTION to Dismiss Complaint Pursuant to Federal Rules of Civil Procedure 8, 9(b) and 12(b)(6) and Memorandum in Support filed by Allied Property & Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Insurance Company, Allstate Property & Casualty Insurance Company, American Family Mutual Insurance Company, American Standard Insurance Company of Wisconsin, Esurance Property & Casualty Insurance Company, Farm Bureau Town & Country Insurance Company of Missouri, Farmers Insurance Company, LM General Insurance Company, Liberty Mutual Fire Insurance Company, Nationwide Affinity Insurance Company Of America, Nationwide Insurance Company of America, Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Direct Insurance Company, Progressive Northwestern Insurance Company, Progressive Preferred Insurance Company, Safe Auto Insurance Company, Safeco Insurance Company of Illinois, Shelter Mutual Insurance Company, State Farm Fire & Casualty Company, State Farm Mutual Automobile Insurance Company, The Travelers Home and Marine Insurance Company, USAA Casualty Insurance Company, USAA General Indemnity Company, United Services Automobile Association. (Attachments: # 1 Exhibit A - List of Defendants, # 2 Exhibit B - Ultimate Collision Doc. 39, # 3 Exhibit C - Ultimate Collision Doc. 42)(Caldwell, Lori) Modified on 3/24/2015 (IGC). (Entered: 03/23/2015) |
| 03/23/2015 | 66 | REPLY to 64 Response to Motion re 61 MOTION to Dismiss Complaint filed by GEICO General Insurance Company, Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company. (Goldfine, Dan) Modified on 3/24/2015 (IGC). (Entered: 03/23/2015) |
| 03/26/2015 | 67 | NOTICE by GEICO General Insurance Company, Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company re 60 Certificate of interested persons and corporate disclosure statement *Notice of Errata* (Fischer, Ian) (Entered: 03/26/2015) |
| 04/20/2015 | 68 | NOTICE of Appearance by Claire Carothers Oates on behalf of Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Direct Insurance Company, Progressive Northwestern Insurance Company, Progressive Preferred Insurance Company (Oates, Claire) (Entered: 04/20/2015) |
| 06/03/2015 | 69 | **REPORT AND RECOMMENDATIONS re: all pending motions to dismiss in cases 6:14-cv-6006, 6:14-cv-6007, 6:14-cv-6008, 6:14-cv-6009, 6:14-cv-6010, 6:14-cv-6011, 6:14-cv-6012, 6:14-cv-6013, 6:14-cv-6014, 6:14-cv-6015, 6:14-cv-6018, 6:14-cv-6019, 6:14-cv-6020, and 6:14-cv-6022. Signed by Magistrate Judge Thomas B. Smith on 6/3/2015. (SMW)** (Entered: 06/03/2015) |

| 06/12/2015 | 70 | **ORDER to remove William R. Sevier from the CM/ECF service list and discontinue serving pleadings and papers on him. Signed by Magistrate Judge Thomas B. Smith on 6/12/2015. Associated Cases: 6:14-md-02557-GAP-TBS et al.**(Smith, Thomas) (Entered: 06/12/2015) |
|---|---|---|
| 06/12/2015 | 71 | **ORDER in case 6:14-cv-00310-GAP-TBS; granting (195) Motion for Extension of Time to File in case 6:14-md-02557-GAP-TBS. Signed by Magistrate Judge Thomas B. Smith on 6/12/2015. Associated Cases: 6:14-md-02557-GAP-TBS et al.**(Smith, Thomas) (Entered: 06/12/2015) |
| 06/12/2015 | | Reset deadline: Objections to R&R due by 6/29/2015 (MAL) (Entered: 06/15/2015) |
| 06/26/2015 | 72 | **ORDER in case 6:14-cv-00310-GAP-TBS; granting (199) Motion to Withdraw. Attorney Christine A. Hopkinson terminated as counsel for Progressive defendants. Signed by Magistrate Judge Thomas B. Smith on 6/26/2015. Associated Cases: 6:14-md-02557-GAP-TBS et al.**(Smith, Thomas) (Entered: 06/26/2015) |
| 06/29/2015 | 73 | OMNIBUS OBJECTION by various Plaintiffs re 69 REPORT AND RECOMMENDATIONS re (94 in 6:14-cv-06008-GAP-TBS) Joint MOTION to Dismiss the Complaint Pursuant to Federal Rules of Civil Procedure 8 and 12(B)(6) *and Supporting Memorandum of Law* (Fry, Allison) Modified on 6/30/2015 (MAL). Modified on 6/30/2015 (LAK). (Entered: 06/29/2015) |
| 07/16/2015 | 74 | RESPONSE to objections to 69 Report and Recommendations *GEICO's Response to Plaintiffs' Omnibus Objection to Magistrate's Report and Recommendation* filed by GEICO General Insurance Company, Geico Casualty Company, Geico Indemnity Company, Government Employee's Insurance Company. (Goldfine, Dan) (Entered: 07/16/2015) |
| 07/16/2015 | 75 | RESPONSE to objections to 69 Report and Recommendations filed by Allstate Fire and Casualty Insurance Company, Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Esurance Property & Casualty Insurance Company, Farm Bureau Town & Country Insurance Company of Missouri, Farmers Insurance Company, LM General Insurance Company, Liberty Mutual Fire Insurance Company, Nationwide Affinity Insurance Company Of America, Nationwide Insurance Company of America, Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Direct Insurance Company, Progressive Northwestern Insurance Company, Progressive Preferred Insurance Company, Safe Auto Insurance Company, Safeco Insurance Company of Illinois, Shelter Mutual Insurance Company, State Farm Fire & Casualty Company, State Farm Mutual Automobile Insurance Company, The Travelers Home and Marine Insurance Company, USAA Casualty Insurance Company, USAA General Indemnity Company, United Services Automobile Association. (Attachments: # 1 Exhibit A to Response - List of Defendants)(Caldwell, Lori) (Entered: 07/16/2015) |
| 07/31/2015 | 76 | NOTICE of change of address by Joshua Grabel (Grabel, Joshua) (Entered: 07/31/2015) |

| | | |
|---|---|---|
| 08/17/2015 | 77 | **ORDER granting 61 motion to dismiss; granting 62 motion to dismiss; terminating 69 Report and Recommendations. Plaintiffs may file an amended complaint by September 8, 2015. Signed by Judge Gregory A. Presnell on 8/17/2015. Copies mailed. (LAM)** (Entered: 08/17/2015) |
| 08/17/2015 | | Set deadline: Amended complaint due by 9/8/2015 (MAL) (Entered: 08/18/2015) |
| 08/18/2015 | 78 | **ORDER in case 6:14-cv-00310-GAP-TBS; granting (223) Motion to Withdraw as Attorney. Attorney Cynthia M Locke terminated in case 6:14-md-02557-GAP-TBS and related cases in which she has appeared. Signed by Magistrate Judge Thomas B. Smith on 8/18/2015. Associated Cases: 6:14-md-02557-GAP-TBS et al.(Smith, Thomas)** (Entered: 08/18/2015) |
| 09/16/2015 | 79 | NOTICE OF APPEAL as to 77 Order on motion to dismissOrder on Report and Recommendations by Concord Auto Body, Inc. Filing fee not paid. (Fry, Allison) (Entered: 09/16/2015) |
| 09/16/2015 | 80 | NOTICE OF INTERLOCUTORY APPEAL as to 77 Order on motion to dismissOrder on Report and Recommendations by Concord Auto Body, Inc. Filing fee not paid. (MAL) (Entered: 09/17/2015) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/17/2015 10:06:33 | | |
| **PACER Login:** | ud1070:3742477:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:15-cv-06022-GAP-TBS |
| **Billable Pages:** | 27 | **Cost:** | 2.70 |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CONCORD AUTO BODY, INC,

     Plaintiff,

v.                                                                                  Case No: 6:15-cv-6022-Orl-31TBS
                                                                                    (Missouri, Eastern District)

                                                                                    MDL: 6:14-md-2557-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

     Defendants.

_____

## ORDER

In accordance with this Court's Opinion and Order in 6:14-md-2557, Doc. 222, it is

**ORDERED** that:

1. Plaintiffs' Omnibus objection (Doc. 73) to the Magistrate Judge's Report and

   Recommendation (Doc. 69) is **OVERRULED**; and

2. The Motions to Dismiss (Doc. 61 and 62) are **GRANTED**; and

3. The Complaint (Doc. 1) is **DISMISSED** without prejudice, except for Quasi-Estoppel

   (Count Five), which is **DISMISSED** with prejudice.

4. Plaintiffs may file an amended complaint by September 8, 2015.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on August 17, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party